UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEDRO L. COTTO FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. 2:15-CV-00515-RBL-DWC<br><br>REPORT AND RECOMMENDATION ON PLAINTIFF'S COMPLAINT |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 15.

After reviewing Defendant's Stipulated Motion and the relevant record, the undersigned recommends the Court grant the parties' Motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, based on the parties' stipulation, this Court recommends the Administrative Law Judge ("ALJ") hold a *de novo* hearing and issue a new decision. The Court recommends the ALJ be ordered to:

(1) Reevaluate and further develop the medical evidence or record;

1   (2) Reevaluate steps two and three of the sequential evaluation process;

2   (3) Reevaluate Plaintiff's credibility;

3   (4) Reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p, and;

4   (5) Reevaluate steps four and five of the sequential evaluation process with the assistance

5    of a vocational expert, as necessary.

6  The parties agree and the undersigned recommends this Court should consider Plaintiff's

7 application for attorney's fees and costs pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b)

8 following proper presentation.

9  Given the facts and the parties' stipulation, the Court recommends the District Judge

10 immediately approve this Report and Recommendation and order that the case be **REVERSED**

11 and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

12  Dated this 21st day of October, 2015.

13

14            _/s/ David W. Christel_
             David W. Christel
15            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
PLANTIFF'S COMPLAINT - 2